LEE TRAN & LIANG APLC
James M. Lee, State Bar No. 192301
Caleb H. Liang, State Bar No. 261920
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: (213) 612-3737
Fax: (213) 612-3773
E-mail: jml@ltlcounsel.com, chl@ltlcounsel.com

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (pro hac vice pending)
Kathleen Chavez (pro hac vice pending)
Matthew Herman (pro hac vice pending)
30 North La Salle Street, Suite 2340
Chicago, IL 60602
Tel: (630) 232-6333
Fax: (630) 845-8982
E-mail: rmf@foote-meyers.com; kchavez@footemeyers.com; mherman@foote-meyers.com

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAW OFFICES OF J. JOHN OH, APC, a California corporation, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.  SACV10-01271 CJC FMOx<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Date Action Filed:<br><br>` |

-1-
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  Pursuant to *Fed.R.Civ.Proc* 41(a), Plaintiff LAW OFFICES OF J. JOHN OH, APC, a California corporation, hereby voluntarily dismisses the above-captioned action against Defendant WAL-MART STORES, INC, without prejudice. While this action was filed as a putative class action, court approval is not required pursuant to *Fed.R.Civ.Proc* 23(e) because a class has not been certified.

DATED: October 13, 2010         LEE TRAN & LIANG APLC

By: _____

LEE TRAN & LIANG APLC
James M. Lee, State Bar No. 192301
Caleb H. Liang, State Bar No. 261920

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (pro hac vice pending)
Kathleen Chavez (pro hac vice pending)
Matthew Herman (pro hac vice pending)

Attorneys for Plaintiff and Class